**RECEIVED**

JAN 28 2011

TONY R. MOORE, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| JAVONE L. REED | * | CIVIL ACTION NO. 10-0205 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint, be, and is hereby **DISMISSED, with prejudice**. Fed.R.Civ.P. 41(b).

THUS DONE AND SIGNED in chambers, at Shreveport, Louisiana, this 2V day of January, 2011.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE